UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA DIAZ,<br><br>       Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and CITIBANK, N.A., and BANK OF AMERICA, N.A.,<br><br>       Defendants. | Civil Action No. 3:22-cv-30160 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(d)(3)**

Pursuant to Local Rule 16.1(d)(3), the Defendant Experian Information Solutions, Inc. and its counsel hereby certify that they have conferred:

    1.    with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

    2.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Defendant Experian Information Solutions, Inc.

Dated: <u>April 3, 2023</u>

<u>/s/ Hanae Fujinami</u>
Hanae Fujinami

Respectfully submitted,

*/s/ Jenna LaPointe*
Jenna L. LaPointe, Esq. (BBO# 699045)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: 617-960-3939
Facsimile: 617-449-6999
jlapointe@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

    I, Jenna L. LaPointe, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on April 3, 2023.

| | |
|---|---|
| Dated:  April 3, 2023 | */s/ Jenna L. LaPointe* <br> Jenna L. LaPointe |