**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARIA DIAZ,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>CITIBANK, N.A., and BANK OF AMERICA, N.A.,<br><br>    Defendants. | Case No. 3:22-cv-30160 |

## STIPULATION EXTENDING TIME FOR BANK OF AMERICA, N.A. TO REPSOND TO PLAINTIFF'S DISCOVERY REQUESTS

By agreement of the parties, Defendant Bank of America, N.A. ("BANA"), shall have up to and including June 5, 2023 in order to respond to Plaintiff's Discovery Requests in the above matter.

| | |
|---|---|
| Maria Diaz, | Bank of America, N.A. |
| By her attorneys, | By its attorneys, |

| | |
|---|---|
| */s/ Yitzchak Zelman* | */s/Dean J. Wagner* |
| Yitzchak Zelman, Esq. | Dean J. Wagner, Esq. BBO# 633181 |
| Marcus & Zelman, LLC | Savage Law Partners, LLP |
| 701 Cookman Avenue, Suite 300 | 564 South Water Street |
| Asbury Park, NJ 07712 | Providence, RI 02903 |
| Phone (732) 695-3282 | Phone (401) 238-8500 |
| Fax (732) 298-6256 | Fax (401) 648-6748 |
| yzelman@marcuszelman.com | dwagner@savagelawpartners.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May 2023, that I have caused the within Stipulation to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/Dean J. Wagner*
Dean J. Wagner, Esq. BBO#633181